| | |
|---|---|
| 1 | JOSH COLE AICKLEN |
| | Nevada Bar No. 007254 |
| 2 | Josh.Aicklen@lewisbrisbois.com |
| | SHARON A. PARKER |
| 3 | Nevada Bar No. 008274 |
| | Sharon.Parker@lewisbrisbois.com |
| 4 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 6385 S. Rainbow Boulevard, Suite 600 |
| 5 | Las Vegas, Nevada 89118 |
| | TEL: 702.893.3383 |
| 6 | FAX: 702.893.3789 |
| | Attorneys for Defendant |
| 7 | THE CHEESECAKE FACTORY |
| | RESTAURANTS, INC. |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENITA KLAIZNER, | Case No. 2:16-cv-01801-APG-PAL |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON |
| THE CHEESECAKE FACTORY RESTAURANTS, INC.; DOES I through X inclusive and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between BENITA KLAIZNER ("Plaintiff") and THE CHEESECAKE FACTORY RESTAURANTS, INC. ("Defendant"), and through their undersigned counsel of record, that Plaintiff's Complaint in this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each of the Parties

/ / /

/ / /

/ / /

/ / /

4849-7646-8561.1

1

bearing their own respective costs and attorneys' fees.

IT IS SO STIPULATED.

DATED this 11 day of October, 2017.　　　　DATED this 12th day of October, 2017.

HUTCHISON & STEFFEN, PLLC　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Todd L. Moody　　　　　　　　　　　　By: /s/ Josh Cole Aicklen
TODD L. MOODY　　　　　　　　　　　　　　　　JOSH COLE AICKLEN
Nevada Bar No. 005430　　　　　　　　　　　　Nevada Bar No. 007254
Peccole Professional Park　　　　　　　　　　SHARON A. PARKER
10080 West Alta Drive, Suite 200　　　　　　Nevada Bar No. 008274
Las Vegas, Nevada 89145　　　　　　　　　　6385 S. Rainbow Boulevard, Suite 600
Attorneys for Plaintiff　　　　　　　　　　　　Las Vegas, Nevada 89118
BENITA KLAIZNER　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　THE CHEESECAKE FACTORY
　　　　　　　　　　　　　　　　　　　　　　　RESTAURANTS, INC.

## ORDER

GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED this 12th day of October, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

4849-7646-8561.1　　　　　　　　　　　　　2